In the Matter of NEW YORK STATE GUERNSEY BREEDERS' Co-OPERATIVE, INC., Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.

Submitted January 7, 1952; decided January 25, 1952.

*Stewart F. Hancock* for motion for leave to appeal and in opposition to motions to dismiss appeal.

*Robert G. Blabey, Donald L. Brush, Raymond F. Allen, T. Carl Nixon, Grantier Neville, Wilford A. Le Forestier, Clinton M. Horn, Dean P. Taylor* and *Joe Schapiro* for motions to dismiss appeal and in opposition to motion for leave to appeal.

Motion for leave to appeal granted. Motions to dismiss appeal taken as of right granted and appeal dismissed, with costs and $10 costs of motion.